**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jesus WENCES–ADAME,**
**Defendant–Appellant.**

No. 08–31105
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 2, 2009.

Before JONES, Chief Judge, and DAVIS and WIENER, Circuit Judges.

PER CURIAM: *

Jesus Wences–Adame ("Wences") appeals his conviction following a bench trial for assaulting a federal officer, a violation of 18 U.S.C. § 111. He argues that § 111 does not apply to his conduct in assaulting an Emergency Medical Technician (EMT) employed by the West Baton Rouge Parish Detention Center, which had contracted with the United States Department of Justice, Immigration and Naturalization Service, as predecessor to Bureau of Immigration and Customs Enforcement (ICE), Office of Detention and Removal Operations, and Border Patrol, to hold federal detainees pending their removal. Wences's argument is unavailing in light of *United States v. Jacquez–Beltran*, 326 F.3d 661, 663 (5th Cir.2003).

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.